```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03311
   WILLIE JACKSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1039

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/26/2007 and was confirmed 05/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
LASALLE BANK N A           CURRENT MORTG         .00           .00            .00
LASALLE BANK N A           MORTGAGE ARRE     3978.66           .00        3978.66
AMERICAN COLLECTION        UNSECURED       NOT FILED           .00            .00
DELL FINANCIAL SERVICES    UNSECURED           16.96           .00            .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED           .00            .00
PEOPLES GAS & LIGHT        UNSECURED         1322.40           .00            .00
ANTONINNE JONES            NOTICE ONLY     NOT FILED           .00            .00
RENA DOPSON                NOTICE ONLY     NOT FILED           .00            .00
DELL FINANCIAL SERVICES    SECURED NOT I     200.00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         452.00            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       434.00                         434.00
TOM VAUGHN                 TRUSTEE                                          317.34
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               4,730.00

PRIORITY                                              .00
SECURED                                           3,978.66
UNSECURED                                             .00
ADMINISTRATIVE                                      434.00
TRUSTEE COMPENSATION                                317.34
DEBTOR REFUND                                         .00
                    ---------------      ---------------
TOTALS                4,730.00               4,730.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                        /s/ Tom Vaughn

Dated: 10/29/08                      _____
                                             TOM VAUGHN
                                             CHAPTER 13 TRUSTEE